NEIL M. KLIEBENSTEIN (#226060)
Neil.kliebenstein@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1364
Telephone:    (408) 279-5393
Facsimile:    (408) 279-5845

THOMAS P. BRANIGAN (Pro Hac Vice)
Thomas.branigan@bowmanandbrooke.com
THOMAS N. LURIE (Pro Hac Vice)
Thomas.lurie@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304-1364
Telephone: (248) 205-3300
Facsimile: (248) 205.3399

Attorneys for Defendant, TESLA, INC.

ELISE R. SANGUINETTI, SBN 191389
JAMIE G. GOLDSTEIN, SBN 302479
ARIAS SANGUINETTI STAHLE & TORRIJOS
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (510) 629-4877
Facsimile: (510) 291-9742

DONALD H. SLAVIK
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, CO 80487
Telephone: (970) 457-1011
Facsimile: (267) 878-7697
*Admitted Pro Hac Vice 03/11/2022*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

1

JOINT NOTICE REGARDING ELECTRONICALLY STORED INFORMATION

| | | |
|---|---|---|
| 1 | DERRICK MONET, Individually and as the Personal Representative of the Estate of JENNA MONET, deceased ) ) ) | CASE NO. 5:22-CV-00681-EJD |
| 2 | ) ) | **JOINT NOTICE REGARDING ELECTRONICALLY STORED** |
| 3 | Plaintiff, ) ) | **INFORMATION** |
| 4 | v. ) ) | DEMAND FOR JURY TRIAL |
| 5 | TESLA, INC., and DOES 1 through 100, Inclusive, ) ) | |
| 6 | Defendants. ) | |

Pursuant to the Court's Order of October 3, 2022 (Doc. 46, pg. 2), Plaintiffs and Defendant in the above-captioned case, by and through undersigned counsel, hereby certify that they have discussed, in particular, issues relating to disclosure or discovery of electronically stored information (ESI).

The Parties have agreed to continue conversing regarding the existence of ESI and, if ESI does exist, a proposed protocol for ESI including (1) the scope of e-mail discovery and e-mail search protocol; (2) the existence of back-up and archival data; and (3) the format and media to be used in the production of ESI.

The Parties continue to discuss the terms and conditions of a Confidentiality Protective Order Regarding Discovery Materials and require additional time to either agree upon the terms of the Order or present a narrow list of issues to the Court for judicial intervention. The Parties agree to present an agreed upon Confidentiality Protective Order by November 11, 2022 or, in the alternative, present the Court with a Joint Report outlining the outstanding dispute about the terms of the Order.

The Parties, to date, have agreed to the following joint proposed ESI protocol:

The Parties confirm that reasonable and proportionate steps have been taken to preserve electronically stored evidence relevant to the issues reasonably evident in this action.

To the extent practicable, the Parties agree to produce, subject to a Confidentiality Protective Order where applicable, responsive documents electronically, including on secure and/or encrypted CD or flash

1  drive. The Parties agree to meet and confer further if the production format or manner of production
2  becomes an issue in this case. The Parties agree that alternative forms of disclosure may be provided in
3  lieu of paper copies. For example, the Parties may exchange images of documents electronically or by
4  means of computer disk; or the Parties may agree to review and copy disclosure materials at the offices of
5  the attorneys representing the Parties instead of requiring each side to furnish paper copies of the
6  disclosure materials. Plaintiffs request the electronic discovery be produced to the requesting party in a
7  manner usable with commonly available software. Defendant will speak with its client to see if this may
8  become an issue. If a party requests documents that are stored in an electronic format, the disclosing party
9  may provide the requesting party, subject to a Confidentiality Protective Order where applicable, printed
10 copies of the documents or may provide the requesting party electronic copies of the documents in a
11 reasonably usable form such as PDF file on CD, DVD, hard drive, by e-mail, or by other electronic means.

12     Unless the party with the burden of bearing the costs as specified below demonstrates to the Court
13 that the cost is overly burdensome, the following presumption applies: To the extent the parties request
14 files or copies of documents, the parties agree that such requests shall be provided to the other party in the
15 normal and traditional course of discovery, with the producing party bearing the cost of assembling the
16 requests.

17     While not anticipated, the Parties agree to meet and confer further if the production format or
18 manner of production becomes an issue in this case, and this agreed ESI protocol does not prevent any
19 party from seeking the Court's guidance if an issue arises. At least the following metadata fields shall be
20 preserved and produced for e-mails: custodian, sender, recipient(s), subject, date sent, and parent/child
21 identification for any attachments. The following metadata fields shall be preserved and produced for all
22 other electronically stored information ("ESI"): author, custodian, filename, date created, date last
23 modified, begbates, endbates, and folder path.

     The Parties agree that embedded documents and images need not be extracted and separately produced unless an independent basis exists for their production.

     To the extent any additional issues arise with respect to discovery of ESI, the Parties shall cooperate and work together in good faith to reach an agreement.

Date: October 28, 2022

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| Plaintiffs, represented by: | /S/ Donald H. Slavik |
| | Donald H. Slavik, Esq. (*Pro Hac Vice* Granted 08/01/2022) |
| | SLAVIK LAW FIRM, LLC |
| | 3001 S. Lincoln Ave., Suite C-1 |
| | Steamboat Springs, CO 80487 |
| | Telephone: 414-899-1197 |
| | dslavik@slavik.us |
| | *LEAD ATTORNEY FOR PLAINTIFFS* |
| | |
| Defendant, represented by: | /S/ Thomas P. Branigan |
| | Thomas P. Branigan, Esq. (*Pro Hac Vice* Granted 09/09/2022) |
| | BOWMAN AND BROOKE, LLP |
| | 41000 Woodward Avenue |
| | Suite 200 East |
| | Bloomfield Hills, MI 48304 |
| | Telephone: 248-205-3316 |
| | Thomas.branigan@bowmanand brooke.com |
| | *LEAD ATTORNEY FOR DEFENDANT* |

JOINT NOTICE REGARDING ELECTRONICALLY STORED INFORMATION