# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| DERRICK MONET, Individually and as the Personal Representative of the Estate of JENNA MONET, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | **CASE:** 2:24-cv-00107-JPH-MKK<br><br>Judge James P. Hanlon<br>Magistrate Judge M. Kendra Klump |

## RENEWED JOINT MOTION REGARDING EXTENSION OF DEADLINES

The parties to the above-entitled action, by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 6-1(c), the Court's inherent authority to manage its docket, and pursuant to the Court's instructions during the July 24, 2025 status conference, hereby jointly move for an Order extending current deadlines set by the Court's Order entered June 23, 2025 (Dkt. 185). In support thereof, the parties state:

1. On or about August 15, 2024, this Honorable Court issued an Amended Case Management Order wherein deadlines were set for outstanding liability discovery, statement of claims and defenses, dispositive motions, Plaintiff's expert disclosure, Defendant's expert disclosure, and final witness and exhibit lists (Dkt. 126).

2. On or about February 10, 2025, this Honorable Court issued an Order extending certain deadlines (Dkt. 151).

3. On or about April 7, 2025, this Honorable Court issued an Order extending certain deadlines (Dkt. 161).

4. On or about June 23, 2025, this Honorable Court issued an Order extending certain deadlines (Dkt. 185).

32332447v1

5. On July 24, 2025, the parties appeared for a status conference, during which the Court directed Plaintiff to provide proposed dates for Plaintiff's experts' depositions by August 1, 2025.

6. On July 24, 2025, the Court further directed the parties to submit a renewed joint motion to extend deadlines to correspond to the Plaintiff's experts' depositions once those dates were confirmed.

7. On August 8, 2025, the parties confirmed the dates for Plaintiff's experts' depositions as follows:

Dr. Thomas Peatman – August 21, 2025 at 12:00pm ET

Dr. Illan Danan – September 9, 2025 at 2:00pm ET

Shawn Harrington - October 2, 2025 at 9:00am ET

Jesse Wobrock - October 7, 2025 at 11:00am PT.

8. Accordingly, current and Proposed Deadlines under extension are as follows:

| Description | Old Deadline | New Deadline |
| --- | --- | --- |
| Defendant's Expert Witness Disclosure | August 8, 2025 | November 7, 2025 |
| Close of expert witness discovery, including expert depositions | August 8, 2025 | December 12, 2025 |
| Final Witness and Exhibit Lists | July 31, 2025 | January 9, 2026 |
| Objections to Limit or Preclude Expert Testimony at Trial | June 2, 2025 | February 6, 2026 |

9. Good cause for this extension exists given the Court's direction to the parties during the July 24, 2025 status conference.

10. The parties have conferred and agreed to the relief requested herein and have no objections to the proposed change of dates.

11.     Therefore, the parties respectfully request that this Honorable Court grant an extension of the deadlines set by the Court's Orders entered June 23, 2025 (Dkt. 185).

DATED: August 8, 2025                    **MLG ATTORNEYS AT LAW, APLC**

BY:     /s/*Larry Jackson (w/permission)*
Jonathan A. Michaels (*PHV 2024-04-05*)
Larry Jackson (17198-49)
600 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626
T: 949.581.6900 / F: 949.581.6908
jmichaels@defectattorney.com
ljackson@defectattorney.com

*Attorneys for Plaintiff Derrick Monet*

DATED: August 8, 2025                    **BOWMAN AND BROOKE LLP**

BY:     /s/*Matthew G. Berard*
Thomas P. Branigan (P41774)
Matthew G. Berard (31824-49)
Kristina Dukanac (P84549)
101 West Big Beaver Road, Suite 1100
Troy, MI 48084
T: 248.205.3300 / F: 248.205.3399
thomas.branigan@bowmanandbrooke.com
matthew.berard@bowmanandbrooke.com
kristina.dukanac@bowmanandbrooke.com

*Attorneys for Tesla, Inc.*

3

32332447v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I electronically submitted the foregoing document on counsel of record listed below and the Court:

| | |
|---|---|
| Donald H. Slavik<br>SLAVIK LAW FIRM, LLC<br>2834 Blackhawk Court<br>Steamboat Springs, CO 80487<br>Telephone: 970.457.1011<br>Facsimile: 267.878.7697<br>dslavik@slavik.us<br>apawlak@slavik.us<br><br>Jonathan A. Michaels<br>MLG ATTORNEYS AT LAW, APLC<br>600 Anton Boulevard, Suite 1240<br>Cost Mesa, CA 92626<br>Telephone: 949.581.6900<br>Facsimile: 949.581.6908<br>jmichaels@defectattorney.com<br>ksinthavong@defectattorney.com<br>abaghai@defectattorney.com | **Attorneys for Plaintiff** |

*/s/ Matthew G. Berard*_____
Matthew G. Berard

32332447v1