UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DERRICK MONET,

            Plaintiff,

        v.                       No. 2:24-cv-00107-JPH-MKK

TESLA, INC.,

            Defendant.

## ORDER

This matter comes before the Court on the parties' Renewed Joint Motion Regarding Extension of Deadlines, Dkt. [189]. The Court, having reviewed the motion and being duly advised, **GRANTS** the motion to the extent the case management deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Disclosures | August 8, 2025 | November 7, 2025 |
| Close of Expert Witness Discovery, Discovery relating to Damages – including expert depositions | August 8, 2025 | December 12, 2025 |
| Final Witness and Exhibit Lists | September 8, 2025 | January 9, 2026 |
| Motions to limit or preclude expert testimony at trial | September 29, 2025 | February 6, 2026 |

The parties should not anticipate further extensions of these deadlines.

So **ORDERED**.

Date: 8/12/2025

_____

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system